Christopher A. Seeger
Laurence V. Nassif
Dennis M. Geier
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ 07102
(973) 639-9100 telephone
(973) 639-9393 facsimile

*Attorney for Plaintiffs*

RECEIVED

OCT 21 2014

AT 8:30_____M
WILLIAM T. WALSH CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN BROUSSARD AND NORRIS BROUSSARD,<br><br>**Plaintiffs**<br><br>v.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER COMPANIES, INC.; IMERYS TALC AMERICA, INC., f/k/a LUZENAC AMERICA, INC.; and PERSONAL CARE PRODUCTS COUNCIL f/k/a COSMETIC TOILETRY, AND FRAGRANCE ASSOCIATION,<br><br>**Defendants** | CIVIL ACTION NO. **3:14-cv-06422-PGS-TJB**<br><br>CIVIL ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through their undersigned counsel, hereby files this Notice of Voluntary Dismissal Without Prejudice as to all pending claims against all named Defendants. To date, no responsive pleading has been filed in this case.

SO ORDERED: _____
DATED: 10/21/14

Respectfully submitted,

SEEGER WEISS LLP


By: /s Christopher A. Seeger
    Christopher A. Seeger
    550 Broad Street, Suite 920
    Newark, NJ 07102
    Tel. (973) 639-9100
    Fax (973) 639-9393
    cseeger@seegerweiss.com

*Attorneys for Plaintiffs*


## **CERTIFICATION OF SERVICE**

I, Christopher A. Seeger, certify that a true and correct copy of the Notice of Voluntary Dismissal Without Prejudice was today filed and served on all Counsel of Record via the Court's CM/ECF electronic system.

Date: October 20, 2014

Respectfully submitted,

SEEGER WEISS LLP


By: /s Christopher A. Seeger
    Christopher A. Seeger
    550 Broad Street, Suite 920
    Newark, NJ 07102
    Tel. (973) 639-9100
    Fax (973) 639-9393
    cseeger@seegerweiss.com

*Attorneys for Plaintiffs*